UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

========================================================

STEVEN A. STONE,

                Plaintiff,

      v.                                ORDER
                                    09-CV-281

CREDIT SOLUTIONS CORP.,

                Defendant.

========================================================

This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A).  On April 19, 2011 plaintiff filed a  second  motion to reopen case  and  enforce settlement agreement.  On June 21, 2011, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion be dismissed.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion to reopen case and enforce settlement agreement is dismissed.  This case is referred back to Magistrate Judge Foschio for further proceedings.

SO ORDERED.

_s/ Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: July 13, 2011